**The TAHOE SIERRA PRESERVATION COUNCIL, INC., et al., Plaintiffs–Appellants,**

v.

**The TAHOE REGIONAL PLANNING AGENCY, et al., Defendants–Appellees.**

**The TAHOE SIERRA PRESERVATION COUNCIL, INC., et al., Plaintiffs–Appellants,**

v.

**The TAHOE REGIONAL PLANNING AGENCY, et al., Defendants–Appellees.**

Nos. 93–15113, 93–15114.

United States Court of Appeals, Ninth Circuit.

Dec. 20, 1994.

Before: NOONAN, and NELSON, Circuit Judges, DAVID ALAN EZRA,* District Judge.

* The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

**ORDER**

The opinion filed on August 10, 1994, 34 F.3d 753, is amended as follows:

At p. 755, second ¶, 1.5, insert preceding "As to § 1983 it is established ...", "The section 1983 claim is proper against TRPA. *Lake Country Estates v. Tahoe Regional Planning Agency,* 440 U.S. 391, 399 & n. 13, 99 S.Ct. 1171, 1176 & n. 13, 59 L.Ed.2d 401 (1979)."